IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAREYAN COOKS,

    Petitioner,

v.                                   CASE NO. 4:12-cv-403-WS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This matter is before the Court on Doc. 10, Respondent's motion for an extension of time to respond to the petition. Upon due consideration, it is **ORDERED**:

1. The motion, Doc. 10, is **GRANTED**. Respondent shall file the response **on or before February 8, 2013.**

2. Petitioner shall file his reply, if any, **on or before March 11, 2013.**

**DONE AND ORDERED** this 11th day of December 2012.

                                                  *s/ Gary R. Jones*
                                                  GARY R. JONES
                                                  United States Magistrate Judge