IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAREYAN COOKS,

    Petitioner,

v.                                       4:12cv403–WS/CJK

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 29, 2015.  Doc. 38.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 38) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's amended petition (doc. 9) for writ of habeas corpus is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus in DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   29th   day of   July  , 2015.

          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE